

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Gilbert Roman Corrales,

Vs. No. 11-13-00180-CR

The State of Texas,

\* From the 238th District
Court of Midland County,
Trial Court No. CR39641.

\* June 25, 2015

\* Memorandum Opinion by Wright, C.J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.